JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Young Hee Park,<br>　　Plaintiff,<br>　vs.<br>Jean Choi et al.,<br>　　Defendants. | Case No.: SA CV 16-1657-DOC (DFMx)<br><br>JUDGMENT |

On February 8, 2017, the Court entered an order granting Plaintiff Young Hee Park's ("Plaintiff") Application for Default Judgment (Dkt. 33). Consequently, it is ORDERED AND ADJUDGED

Judgment shall be entered for Plaintiff and against Defendant Jean Choi ("Defendant") in the amount of $4,600.00;

Defendant is enjoined to install an accessible parking space and an accessible means of access to the Spa's basement facilities compliant with the Americans with Disabilities Act Accessibility Guidelines;

That the action be, and is hereby dismissed.

DATED:　　February 8, 2017

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE